United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHELSA FOWLER, INDIVIDUALLY AND AS NEXT OF FRIEND OF H.D.F., A MINOR, *Plaintiff,* | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:25-CV-04370 |
| LAMAR CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, ET AL., *Defendants.* | § § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDA AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memoranda and Recommendations dated April 20, 2026 (Dkt. 11, Dkt. 12) and no objections having been filed thereto, the Court is of the opinion that said Memoranda and Recommendations should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memoranda and Recommendations are hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff's claims against Defendant Daniel E. Gamboa are **DISMISSED WITHOUT PREJUDICE** for failure to effect service under Rule 4(m) of the Federal Rules of Civil Procedure.

It is further **ORDERED** that Defendant Lamar Consolidated Independent School District's Motion to Dismiss (Dkt. 6) is **GRANTED** and all claims against it are **DISMISSED**.

**SIGNED** at Houston, Texas this ___**6th**___ day of May, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE