United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CHELSA FOWLER, INDIVIDUALLY AND AS NEXT OF FRIEND OF H.D.F., A MINOR, *Plaintiff,* | §<br>§<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 4:25-CV-04370 |
| LAMAR CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, ET AL., *Defendants.* | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendation as to Plaintiff's claims against Defendant Daniel E. Gamboa (Dkt. 11) and as to Plaintiff's claims against Defendant Lamar Consolidated Independent School District (Dkt. 12), it is hereby **ORDERED** that Plaintiff's claims against Defendant Gamboa are **DISMISSED WITHOUT PREJUDICE** against refiling the same and Plaintiff's claims against Defendant Lamar Consolidated Independent School District are **DISMISSED WITH PREJUDICE.**

Plaintiff shall take nothing on the claims against Defendant Lamar Consolidated Independent School District asserted in this case.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this **6th** day of May, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE